FILED

03/11/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 20-0210, DA 20-0211, DA 20-0212, & DA 20-0213

STATE OF MONTANA,

Plaintiff and Appellee,

v.

EDWARD HAROLD HUGGLER,

Defendant and Appellant.

**ORDER**

Appellant's motion to consolidate is GRANTED. It is hereby

ORDERED that the above causes be consolidated for the purposes of

appeal under Cause No. DA 20-0210.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 11 2021